**FILED**
MAY 21 2009
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Andrew Gill, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09 0950 |
| ) | |
| Carlos Coy *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The plaintiff has filed a *pro se* complaint and an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and dismiss the complaint.

Plaintiff's nine-page complaint is an incoherent recitation of many apparently unrelated events, naming individuals who allegedly injured the plaintiff, but who are not identified as defendants in this action. The complaint does not contain factual allegations showing any injury to the plaintiff attributable to any specific defendant, most of whom are not even mentioned and include President Obama, Senators Ted Kennedy and Hillary Clinton, Governor Arnold Schwarzenegger and former-Governor Robert Blagovich, as well as Hollywood celebrities, law-enforcement officials, and others. *See generally*, Compl., caption. The complaint is replete with allegations of physical and sexual attacks by persons other than the defendants. *See id.* The relief requested, which appears unrelated to the rest of the complaint, includes reinstatement of a drivers' license, clearing of criminal charges, clearing of medical history, permission to join the military, $50;000 to restore the plaintiff's good name, criminal charges brought against persons

not named as defendants, $500,000 "from all defendants for the acts of sexual assault," and criminal charges against a certain judge who was not named as a defendant or elsewhere in the complaint, and other equally unrelated relief. Compl. at 8-9 (unnumbered).

This complaint presents precisely the sort of incoherent, "fantastic or delusional scenarios" that warrant dismissal. *Neitzke v. Williams*, 490 U.S. 319, 328 (1989). Accordingly, this complaint will be dismissed under 28 U.S.C. § 1915(e)(2)(B)(*i*) (requiring dismissal of frivolous complaints that are filed by plaintiffs proceeding *in forma pauperis*).

A separate order accompanies this memorandum opinion.

Date: 13 May 2009

/s/ Rosemary M. Collyer
United States District Judge